No. 77–7014.  NOLEN *v.* BROWN, SECRETARY OF DEFENSE. C. A. 5th Cir.  Certiorari denied.

No. 78–4.  POPE ET AL. *v.* CINCINNATI GAS & ELECTRIC CO. ET AL.  Sup. Ct. Ohio.  Certiorari denied.

No. 78–5.  JAYS FOODS, INC., ET AL. *v.* NATIONAL LABOR RELATIONS BOARD.  C. A. 7th Cir.  Certiorari denied.

No. 78–8.  GARLAND *v.* UNITED STATES.  C. A. 6th Cir. Certiorari denied.

No. 78–9.  PACIFIC GAS & ELECTRIC CO. *v.* CITY OF SANTA CLARA, CALIFORNIA, ET AL.; and
No. 78–35.  CITY OF SANTA CLARA, CALIFORNIA *v.* ANDRUS, SECRETARY OF THE INTERIOR, ET AL.  C. A. 9th Cir.  Certiorari denied.  Reported below: 572 F. 2d 660.

No. 78–11.  FREDONIA BROADCASTING CORP., INC. *v.* RCA CORP.  C. A. 5th Cir.  Certiorari denied.

No. 78–14.  SAKOL *v.* COMMISSIONER OF INTERNAL REVENUE.  C. A. 2d Cir.  Certiorari denied.

No. 78–15.  CREEK NATION *v.* UNITED STATES.  Ct. Cl. Certiorari denied.

No. 78–16.  RUNKLES *v.* CONNECTICUT.  Sup. Ct. Conn. Certiorari denied.

No. 78–18.  BATTS *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.